**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-60478
Summary Calendar

WILLIAM KENNETH MCLAIN,

Plaintiff-Appellant,

VERSUS

CITY OF JACKSON, MS., A Municipal Corporation;
R.D. JORDAN; AL LEDOUX, DOES L THROUGH 50, Inclusive,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Mississippi
(3:94-CV-557-BrN)
July 27, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

AFFIRMED. See 5th Cir. R. 47.6.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.